1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  SCHAFER,          DANIEL          G

3       (Last)                    (First)                (Initial)

    E filing

4  Prisoner Number  K86319

5  Institutional Address  SATF/SP PO BOX 5242 D-gym 237

6                          CORCORAN, CA, 93212

7                  **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**

8

9  DANIEL GENE SCHAFER
   (Enter the full name of plaintiff in this action.)

   CV                                    08        1881

10                vs.                          Case No.
   (EACH DEFENDANT IN INDIVIDUAL AND PROFESSIONAL    (To be provided by the Clerk of Court)
                                      CAPACITIES)
11  BEN CURRY (WARDEN CTF SOLEDAD)
                                                  **COMPLAINT UNDER THE**
12  K. SATHER (CHIEF MEDICAL OFFICER) CTF         **CIVIL RIGHTS ACT,**  RMW
    A. BRITT (SRN II) CTF                         **Title 42 U.S.C § 1983**
13  J. ANDERSON (SRN II) CTF
    J. CHUDY (CMO) CTF
    PAYNE (LVN) CTF
14  (3) JOHN DOE NURSES / 1 DOE DOCTOR
   (Enter the full name of the defendant(s) in this action)    **(PR)**
15  C. WILLIAMS (LVN) CTF

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.    Place of present confinement  SATF/SP CORCORAN II

21       B.    Is there a grievance procedure in this institution?

22             YES (X)    NO ( )

23       C.    Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES (X)    NO ( )

26       D.    If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review. If you did not pursue a certain level of appeal,

28             explain why.

COMPLAINT                          - 1 -

1. Informal appeal APPEAL # CTF-07-02081 LEVEL WAIVED PER CCR TITLE 15 PROCEDURE.

2. First formal level APPEAL # CTF-07-02081 PARTIALLY GRANTED AS IT WAS PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY.

3. Second formal level PARTIALLY GRANTED / GRANTED IN PART (APPEAL # CTF-07-02081) AS I WAS INTERVIEWED ON THE FIRST LEVEL.

4. Third formal level APPEAL # CTF-07-02081 APPEAL DENIED AS THE 1ST LEVEL AND 2ND LEVEL DID INQUIRE AND MONETARY RELIEF IS NOT AVAILABLE THROUGH APPEAL PROCESS.

E.    Is the last level to which you appealed the highest level of appeal available to you?

　　　　YES (X)      NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain why. N/A

II.    Parties.

A.    Write your name and your present address.  Do the same for additional plaintiffs, if any.

DANIEL G. SCHAFER · K86319 , SATF/SP D-GYM 237 PO BOX 5242 , CORCORAN, CA, 93212.

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

BEN CURRY (WARDEN CTF SOLEDAD STATE PRISON) , K. SATHER, CCHIEF

COMPLAINT                              - 2 -

1    MEDICAL OFFICER, CTF SOLEDAD STATE PRISON), A. BRITT (SENIOR REGISTERED

2    NURSE II CTF SOLEDAD STATE PRISON), J. ANDERSON (SENIOR REGISTERED NURSE II, CTF SOLEDAD STATE PRISON), J. CHUDY (CHIEF MEDICAL OFFICER, CTF SOLEDAD STATE PRISON), PAYNE,

3    (CLVN) CTF SOLEDAD STATE PRISON), 3 JOHN DOE NURSES (CTF SOLEDAD STATE PRISON)
       C. WILLIAMS (LVN CTF SOLEDAD STATE PRISON), 1 JOHN DOE DOCTOR (CTF SOLEDAD)

4    (EACH DEFENDANT IN THEIR INDIVIDUAL AND PROFESSIONAL CAPACITIES)

5    III.     Statement of Claim.

6       State here as briefly as possible the facts of your case. Be sure to describe how each

7 defendant is involved and to include dates, when possible. Do not give any legal arguments or

8 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9 separate numbered paragraph.

10    1) ON 5/18/07 PETITIONER RECIEVED A BROKEN FOOT DURING AN INCIDENT ON NORTH

11    FACILITY, IN WHITNEY HALL, AT CTF SOLEDAD STATE PRISON (INCIDENT LOG # CTF

12    NOR-07-05-0181) AT 0940 HOURS, WHERE A CORRECTIONAL OFFICER

13    LANDED ON MY FOOT AND FRACTURED THE FIFTH METATARSAL, PETITIONER WAS

14    THEN WALKED ON SAID BROKEN FOOT TO NORTH FACILITY PATIO, AND WAS PLACED IN

15    A CAGE. C/O GONZALES WHO WAS ALSO INJURED WAS SEEN RIGHT AWAY BY

16    MEDICAL STAFF AT 0950 HOURS. SCHAFER WAS NOT EVALUATED BY MEDICAL

17    STAFF WHO WERE AWARE OF SCHAFER'S INJURY AT 0940 HOURS, UNTIL 1045

18    HOURS, WHERE THEY DOCUMENTED (C. WILLIAMS LVN) AN INJURY TO MY

19    FOOT (SEE CDC 7219 MEDICAL EVALUATION FORMS, EXHIBIT A), WHO THEN

20    SUBMITTED IT TO 1 JOHN DOE DOCTOR FOR A SIGNATURE, AT THIS POINT,

21    C. WILLIAMS (LVN) AND 1 JOHN DOE DOCTOR WERE DELIBERATELY INDIFFERENT

         (SEE ATTACHED)

22    CONTINUED (SEE ATTACHED)

23    IV.     Relief.

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26    1) COMPENSATORY DAMAGES IN THE AMOUNT OF $1,000,000 (ONE MILLION DOLLARS)

27    2) PUNITIVE DAMAGES IN THE AMOUNT OF $1,000,000 (ONE MILLION DOLLARS)

28    3) FURTHER RELIEF AS THIS COURT SEES FIT AND PROPER.

COMPLAINT          - 3 -

PAGE 1
(STATEMENT OF CLAIM CONT.)

1  TO SCHAFERS SERIOUS MEDICAL NEEDS BY A)NOT SEEING SCHAFER FOR

2  NEARLY AN HOUR KNOWING OF MY INJURY AND B) NOT ADMINISTERING

3  ANY TREATMENT NOR FURTHER EXAMINATION INTO MY INJURY. 2) SCHAFER

4  WAS THEN TRANSPORTED TO AD-SEG VIA A TRANSPORTATION VEHICLE

5  BECAUSE I COULD NOT WALK. I WAS PLACED IN CTF SOLEDADS CENTRAL

6  FACILITY AD-SEG X-WING 112. I IMMEDIATELY BEGAN INFORMING STAFF

7  AND 3 JOHN DOE NURSES THAT MY FOOT WAS PURPLE, SWOLLEN, HURT

8  EXTREMELY BAD AND WAS BROKEN. ON THE NIGHT OF 5/18/07 C/O'S

9  NOTIFIED MEDICAL STAFF, 3 JOHN DOE NURSES AND LVN PAYNE, THAT

10  MY FOOT WAS SERIOUSLY INJURED. MEDICAL STAFF SAID THERE IS NO

11  DOCTOR SO THERE IS NOTHING THEY CAN DO. AGAIN ON 5/19/07 AT APPR

12  APPROX. 0700 HOURS I FLAGGED DOWN AND NOTIFIED MEDICAL STAFF

13  THAT MY FOOT WAS OBVIOUSLY BROKEN AND HURT UNBEARABLY BAD. THEY

14  STATED AGAIN THAT THERE IS NOTHING THEY CAN DO AND HANDED ME A

15  CDC 7362 MEDICAL REQUEST FORM, AND TOLD ME TO MAIL IT OUT SUNDAY

16  NIGHT WITH MAIL AS THE DOCTOR WONT SEE ME. AGAIN BY MYSELF AND

17  CORRECTIONAL OFFICER "SOTO" WHO IS WELL AWARE OF ALL THAT

18  TRANSPIRED, WE BOTH FLAGGED DOWN AND NOTIFIED MEDICAL STAFF ON

19  THE NIGHT OF 5/19/07, MORNING AND NIGHT DURING "ROUNDS" ON

20  5/20/07, AND I RECIEVED ZERO MEDICAL ATTENTION. ON THE NIGHT OF

21  5/20/07 AS INSTRUCTED, I MAILED OUT THE CDC 7362 NOTING THAT MY

22  FOOT WAS  OBVIOUSLY BROKEN AND PURPLE AND I DESPERATELY NEED

23  MEDICAL ATTENTION, WITH A PAIN SCALE OF "10". (SEE EXHIBIT B).

24  AGAIN ON THE MORNING OF 5/21/07 I NOTIFIED MEDICAL STAFF WITH

25  NO ATTENTION GIVEN, AND ON THE AFTERNOON OF 5/21/07 C/O SOTO,

26  C/O CASTRO AND SGT. BOARDMAN NOTIFIED MEDICAL STAFF OF MY BROKEN

27  FOOT, WHICH WAS LOGGED BY DATE AND TIME IN CTF CONTRABAND

28  WATCH LOGS, AND MEDICAL STAFF (1 JOHN DOE NURSE) ARRIVED SEVEN

PAGE 2
(STATEMENT OF CLAIM CONT.)

1  HOURS LATER, GAVE ME AN ASPRIN AND SAID THERE IS NOTHIGN HE

2  COULD DO, THERE IS NO DOCTOR IN. AGAIN ONCE ON THE 22nd OF MAY

3  TWICE ON 5/23/07 TWICE ON 5/24/07 AND ONCE ON 5/25/07, MYSELF

4  AND THE STAFF NOTIFIED MEDICAL STAFF. I STILL WAS NOT TREATED.

5  FINALLY ON THE NOON HOURSOF 5/25/07 I WAS CALLED IN TO SEE A

6  JOHN DOE DOCTOR. HE ORDERED AN X-RAY WHICH WAS TAKEN, AND SHOWED

7  THAT MY FOOT WAS BROKEN/FRACTURED AT THE 5th METATARSAL (SEE

8  EXHIBIT C) AT THIS POINT IN TIME, PETITIONER SCHAFER WAS FORCED

9  TO SUFFER SERIOUS AND CRUEL WANTON INFLICTION OF PAIN, AND STAFF

10 WAS DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS WHILE

11 DEPRIVING ME OF MEDICAL ATTENTION FOR OVER SEVEN DAYS FOR MY

12 BROKEN FOOT,WHILE BEING MORE THAN WELL AWARE OF MY SERIOUS

13 MEDICAL INJURY. PETITIONER FEELS THAT SAID BEHAVIOR VIOLATED

14 MY  8th AND 14th AMENDMENT PROTECTIONS AGAINST CRUEL AND UNUSUAL

15 PUNISHMENT AND DELIBERATE INDIFFERENCE.3) AFTER SUFFERING FROM

16 A BROKEN FOOT FOR 7 DAYS WITH NO MEDICAL ATTENTION NOR

17 SUFFICIENT TREATMENT, AND FINALLY BEING SEEN BY A DOCTOR AND

18 BEING X-RAYED ON 5/25/07, AND SUCH X-RAY SHOWING THAT MY FOOT

19 WAS BROKEN, A JOHN DOE DOCTOR SAID  I WIIL GET PAIN MEDICATION

20 LATER,AND ISSUED ME AN ACE BANDAGE AND A "POST OPERATION SHOE"

21 WHICH HAS NO MEDICALLY MANUFACTURED INTENTION OF TREATING A BROKEN FOOT.

22 I ALSO DID NOT RECIEVE ANY PAIN MEDICATION WHAT SO EVER FOR THE

23 FOLLOWING 48 HOURS. I THEN SUBMITTED ANOTHER CDC 7362 MEDICAL

24 REQUEST INFORMING STAFF THAT I HAVE NOT BEEN GIVEN ANY PAIN

25 RELIEVERS YET FOR MY BROKEN FOOT AS I WAS IN SEVERE PAIN.(SEE

26 EXHIBIT D). AT THIS POINT THE JOHN DOE DOCTOR AND A BRITT WHO

27 WAS OVER SEEING ALL ASSIGNED NURSES RESPONSIBLE FOR ISSUING

28 PRESCRIBED MEDICATION, IMPOSED A) MEDICAL MALPRACTICE BY GIVING

- PAGE 3
(STATEMENT OF CLAIM CONT.)

1  SUB PAR MEDICAL TREATMENT FOR A BROKEN FOOT BY ONLY GIVING AN

2  ACE BANDAGE AND A POST OPERATION SHOE FOR TREATMENT OF A

3  FRACTURE AFTER X-RAY SHOWED THE INJURY, AND BY GIVING PRESCRIBED

4  PAIN RELIEVERS TO PETITIONER TO HELP WITH PAIN FOR 4 DAYS AFTER

5  BEING AWARE OF INJURY EVEN WITH EXHIBIT D BEING SUBMITTED

6  48 HOURS LATER. STAFF WERE DELIBERATELY INDIFFERENT TO MY SERIOUS

7  NEEDS SHOWING CONSTITUTIONAL VIOLATIONS.  4) ON 6/13/07 I WAS

8  CALLED IN AND SEEN ON A FOLLOW UP APPOINTMENT. A JOHN DOE

9  DOCTOR DETERMINED THAT THE TREATMENT PREVIOUSLY ADMINISTERED IN

10 GROUND "3" ON 5/25/07 WAS SUB-STANDARD MEDICAL TREATMENT, AND

11 THAT AN ACE BANDAGE/POST OPERATION SHOE WAS NOT SUFFICIENT FOR

12 A FRACTURED FOOT, AND THEREFORE ORDERED MY FOOT TO BE CASTED ON

13 6/14/07. IT TOOK THEN, 20 DAYS FOR MEDICAL STAFF TO ADMINISTER

14 PROPER TREATMENT FOR MY FOOT, WHICH AGAIN SHOWS DELIBERATE

15 INDIFFERENCE AND MEDICAL MALPRACTICE BY THE PETITIONERS, AS WELL

16 AS MEDICAL NEGLECT. 5) ON 7/25/07 I WAS CALLED FOR X-RAYS TO SEE

17 IF THE CAST COULD BE REMOVED. MEDICAL STAFF ACCIDENTLY X-RAYED

18 THE WRONG AREA (ANKLE) , HOWEVER THIS X-RAY SHOWED AN ASYMMETRY

19 OF THE ANKLE, AND DOCTORS NEVER INFORMED PETITIONER OF THIS

20 ACCIDENTAL DISCOVERY NOR ADDRESSED IT, AND PETITIONER IS STILL

21 SUFFERING FROM PAIN AND UNDERGOING TREATMENT TO DATE, WITH NO

22 PRESCRIBED MEDICATION. THIS DISPLAYS YET ANOTHER EXAMPLE OF

23 CRUEL AND UNUSUAL PUNISHMENT, MEDICAL NEGLECT AND DELIBERATE

24 INDIFFERENCE. 6) ON 5/27/07 PETITIONER INITIATED ADMINISTRATIVE

25 APPEAL PROCEDURES CDC FORM 602. MEDICAL STAFF VERY POORLY

26 INVESTIGATED THIS APPEAL ISSUE AND LVN PAYNE AS WELL AS SRN A.

27 BRITT, OBVIOUSLY GAVE FALSE AND FABRICATED STATEMENTS IN THE

28 COURSE OF DUTY BY CLAIMING THAT "NOTHING WAS WRONG WITH MY FOOT

PAGE 4
(STATEMENT OF CLAIM CONT.)

1  WHEN I GOT TO CENTRAL FACILITY, IT MUST HAVE BEEN INJURED AFTER."

2  THIS IS A FALSE REASON FOR NOT GIVING MEDICAL ATTENTION AS THE

3  CDC 7219 AND ALL REPORTS DATED 5/18/07 OBVIOUSLY SHOW THE INJURY

4  FURTHER, SRN A.BRITT SAYS I RECIEVED MEDICAL TREATMENT ON

5  5/18/07, WHICH SHOWS THAT NOT ONLY IS SHE AWARE THAT HER NURSE

6  LVN PAYNE WAS LYING IN THE INVESTIGATION AS MY FOOT OBVIOUSLY

7  WAS INJURED BEFORE ARRIVAL TO CENTRAL, BUT A.BRITT ALSO

8  FABRICATED HER CONCLUSION AS THERE IS NO PROOF OR DOCUMENTATION

9  THAT ANY TREATMENT FOR MY BROKEN FOOT WAS GIVEN ON NORTH PATIO.

10 THIS UNPROFESSIONAL CONDUCT IN THE COURSE OF INVESTIGATION SHOWS EXTREME

11 MISCONDUCT AND MEDICAL MALPRACTICE. THEREFORE EACH LEVEL OF

12 APPEAL REVIEW SIMPLY AFFIRMED THE FIRST LEVELS INADEQUATE

13 INVESTIGATION.THEREFORE THIS MATTER WAS NEVER PROPERLY HANDLED

14 AND MISCONDUCT/ALLEGATIONS WERE NOT ADMITTED/ADDRESSED DIRECTLY.

15 FURTHER, MONEY DAMAGES CANNOT BE COLLECTED VIA THE ADMINISTRATI-

16 VE REMEDIES OF CDCR, THEREFORE THEY ARE BEING SOUGHT BEFORE THIS

17 HONORABLE COURT. THE ADMINISTRATIVE APPEAL IS ATTACHED AS EXHIB-

18 IT "E". PETITIONER ALSO FILED A CLAIM WITH THE STATE BOARD OF

19 CONTROL, CLAIM # 6569627 TO SCURE ABILITY TO FILE A STATE TORT

20 CLAIM. 7) PETITIONER FURTHER CONTENDS THAT IN ADDITION TO THE

21 ACTIONS OF THOSE DEFENDANTS SPEIFICALLY NAMED AND DESRIBED IN

22 1-6, ONCE SCHAFER FILED ADMINISTRATIVE APPEAL #07-02081, IT

23 WAS VIEWED AND STAMPED BY "HIRING AUTHORITY" (BEN CURRY WARDEN)

24 AND BEN CURRY,K SATHERS, J.CHUDY, A.BRITT,J.ANDERSON WERE ALL

25 MADE WELL AWARE OF THE OCCURANCE AND FAILED TO ACT AND PROVIDE

26 THE NECESSARY ACTION. AS THE HIRING AUTHORITY OF BEN CURRY,

27 K.STRATHER AND J. CHUDY AS CTF CHEIF MEDICAL OFFICERS CHARGED

28 WITH OVER SEEING ALL MEDICAL STAFF,AND A.BRITT, J. ANDERSON

PAGE 5

CTF SRN 2'S CHARGED WITH SUPERVISING THE RESPONSIBLE STAFF

DIRECTLY.

### FIRST CLAIM FOR RELIEF

#### (FEDERAL CRUEL AND UNUSUAL PUNISHMENT)

8) PLANTIFF REALLEGES AND INCORPORATES HEREIN BY REFERENCE

EACH AND EVERY ALLEGATION OF PARAGRAPHS 1-7

9) THE FAILURE TO PROVIDE REASONABLE AND ADEQUATE MEDICAL

ATTENTION FOR SCHAFERS FRACTURED FOOT FROM 5/18/07-5/25/07, AND

NOT ADMINISTERING PROPER TREATMENT VIOLATED SCHAFERS CONSTITUTI-

ONALLY PROTECTION RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT.

### SECOND CLAIM FOR RELIEF

#### (DELIBERATE INDIFFERENCE)

10) PLANTIFF RE-ALLEGES AND INCORPORATES HEREIN BY REFERENCE

EACH AND EVERY ALLEGATION OF PARAGRAPHS 1-7.

11) THAT THE ABOVE NAMED DEFENDANTS WERE DELIBERATELY INDIFFER-

ENT TO SCHAFERS SERIUOS MEDICAL NEEDS IN THAT A)THEY WERE WELL

AWARE OF SCHAFERS INJURY FROM 5/18/07-5/25/07 AND B) FAILED

TO ADMINISTER/PROVIDE PROPER MEDICAL ATTENTION AND TREATMENT

FOR SAID MEDICAL NEED.

### - THIRD CLAIM FOR RELIEF (FEDERAL DUE PROCESS)—

12) PLANTIFF REALLEGES AND INCORPORATES HEREIN BY REFERANCE

EACH AND EVERY PARAGRAPH 1-7.

13)THAT THE DEFENDANTS ACTIONS OF FAILING TO ADMINISTER/PROVIDE

CONSTITUTIONAL STANDARDS OF MEDICAL CARE FOR SCHAFER AND LACK

OF ADMINISTRATIVE DUE PROCESS ALL VIOLATES THE DUE PROCESS

CLAUSE OF THE FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION.

### (FOURTH CLAIM FOR RELIEF)

#### (STAE TORT LAW-MEDICAL NEGLECT AND MEDICAL MALPRA-

CTICE)

14)PLANTIFF REALLEGES AND INCORPORATES HEREIN BY REFERENCE EACH

PAGE 6

1  AND EVERY PARAGRAPH 1-7.

2  15)THE SUBSTANDARD MEDICAL CARE AND LACK OF MEDICAL ATTENTION

3  DEMONSTRATED BY THE DEFENDANTS CONSTITUTES MEDICAL NEGLECT AND

4  MEDICAL MALPRACTICE PROHIBITED BY CALIFORNIA STATE LAW.

5                    (FIFTH CLAIM FOR RELIEF)

6                        (DECLARATORY)

7  16(PLANTIFF REALLEGES AND INCORPORATES HEREIN BY REFERENCE EACH

8  AND EVERY ALLEGATION OF PARAGRAPH 1-7.

9  17)THAT THIS BEHAVIOR EXERCISED BY MEDICAL STAFF/CTF STAFF IS

10  CAPABLE OF REOCCURING AND MUST BE CORRECTED.

11                     PRAYER FOR RELIEF

12  WHEREFORE, PLANTIFF PRAYS FOR RELIEF AS FOLLOWS:

13  1)FOR COMPENSATORY DAMAGES IN THE AMOUNT OF $1,000,000 DOLLARS

14  (ONE MILLION DOLLARS) ACCORDING TO PROOF.

15  2)FOR PUNITIVE DAMAGES IN THE AMOUNT OF $1,000,000(ONE MILLION

16  DOLLARS).

17  3)FOR SUCH FURTHER RELIEF AS THE COURT DEEMS PROPER, ACCORDING

18  TO PROOF.

19

20  4/3/08
       DATED

21                                    DANIEL SCHAFER - K86319
                                      PLAINTIFF IN PRO PER

22

23          DEMAND FOR JURY TRIAL

24  PLAINTIFF  DANIEL SCHAFER  HEREBY  DEMANDS TRIAL BY JURY.

25

26  4/3/08
       DATED

27                                    DANIEL SCHAFER - K86319
                                      PLAINTIFF IN PRO PER

28

1    EACH DEFENDANT BEING SUED IN THEIR INDIVIDUAL CAPACITIES

2    FOR COMPENSATORY AND PUNITIVE DAMAGES, AND IN THEIR PROFESSIONAL

3    CAPACITIES SOLEY FOR ANY DECLARATORY DAMAGES THE COURT DEEM

4    PROPER, THANK YOU,

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this ___3___ day of ___APRIL___, 20_08_

8

9

10                              (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 40 -

EXHIBIT A

CDC NO. 07-05-0181
DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

32 of 32

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CTF | MON | (USE OF FORCE) INJURY / UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 5-18-07 |

|  |  | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | NAME *LAST* Shafer | | K86319 | WA-339 | |

| THIS SECTION FOR STAFF ONLY | NAME *LAST* | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|
| Byard | 5-18-07  1035 | | | | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | | AGE | RACE | SEX |
|---|---|---|---|---|---|---|---|
| 1035 | 1045 | | (AMBULATORY) LITTER  WHEELCHAIR  ON SITE | | 27 | mex | male |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"standing there & he was sprayed in the face."

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

#14 * (oc spray)

O.C. SPRAY EXPOSURE?   YES / NO
DECONTAMINATED?   YES / NO
Self-decontamination instructions given?   YES / NO
Refused decontamination?   YES / (NO)
Q 15 min. checks
Staff issued exposure packet   YES / NO

#14

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| IKP 1045 | Ornelas 1045 |

TIME/DISPOSITION
1045

| REPORT COMPLETED BY/TITLE *(PRINT AND SIGN)* | BADGE # | RDOs |
|---|---|---|
| C. Williams LVN  C Williams | 86681 | Tue Wed |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

31 of 32

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CTF | NORTH | USE OF FORCE | (INJURY) UNUSUAL OCCURRENCE | PRE-AD SEG ADMISSION | 9/18/07 |

| | NAME | *LAST* | *FIRST* | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | | | | | | |
| THIS SECTION FOR STAFF ONLY | NAME | *LAST* Gonzales | *FIRST* C. M. | BADGE # | RANK/CLASS C.O. | ASSIGNMENT/RDO WB Tier / Sat. Sun |
| THIS SECTION FOR VISITOR ONLY | NAME | *LAST* | *FIRST* | *MIDDLE* | DOB | OCCUPATION |
| | HOME ADDRESS | | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|
| Whitney A | 9/18/07 approx 0940 | Whitney Staff | | | |
| TIME NOTIFIED 0945 | TIME SEEN 0950 | ESCORTED BY *(circle)* Self | MODE OF ARRIVAL *(circle)* AMBULATORY | LITTER WHEELCHAIR ON SITE | AGE — | RACE ON FILE | SEX — |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"i hurt my knee taking down Inmate Schaffer."



| INJURIES FOUND? | YES/NO | |
|---|---|---|
| Abrasion/Scratch | | 1 |
| Active Bleeding | | 2 |
| Broken Bone | | 3 |
| Bruise/Discolored Area | | 4 |
| Burn | | 5 |
| Dislocation | | 6 |
| Dried Blood | | 7 |
| Fresh Tattoo | | 8 |
| Cut/Laceration/Slash | | 9 |
| O.C. Spray Area | | (10) |
| Pain | | (11) |
| Protrusion | | 12 |
| Puncture | | 13 |
| Reddened Area | | (14) |
| Skin Flap | | 15 |
| Swollen Area | | 16 |
| Other | | 17 |
| | | 18 |
| | | 19 |
| O.C. SPRAY EXPOSURE? | (YES)/NO | |
| DECONTAMINATED? | (YES)/NO | |
| Self-decontamination instructions given? | (YES)/NO | |
| Refused decontamination? | YES/(NO) | |
| Q 15 min. checks | | |
| Staff issued exposure packet? | (YES)/NO | |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| N/A | N/A |

| TIME/DISPOSITION | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # IDF 291479 | RDOs Sat + Sun |
|---|---|---|---|
| 1010 Released to Supervisor | M. Vasquez, LVN  /M. Vasquez | | |

(Medical data is to be included in progress note or emergency care record filed in UHR)

EXHIBIT B

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| | | |
|---|---|---|
| NAME SCHAFER | CDC NUMBER K86319 | HOUSING X-WING |
| PATIENT SIGNATURE | | DATE 5/20/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

MY FOOT IS OBVIOUSLY BROKEN AND I HAVENT BEEN SEEN NOR GIVEN TREATMENT FOR 48 HOURS ALREADY. IVE SHOWED (2) NURSES WHO BOTH SAID ITS BROKE BUT HAVE NOT BEEN SEEN STILL

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

**S:**   Pain Scale:  1  2  3  4  5  6  7  8  9  ⑩

**O:**  T: 98°  P: 64  R: 20  BP: 118/70  WEIGHT:        7-20-07

**A:**

**P:**

☐ **See Nursing Encounter Form**

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: 5/31/7 | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT C

# SALINAS VALLEY RADIOLOGISTS, INC.

### A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

| | | | |
|---|---|---|---|
| **PATIENT NAME** | **ACCOUNT NO** | | **RADIOLOGY NUMBER** |
| DANIEL K86319 SCHAFER | 9452465 | | 9452465 |

| | | | |
|---|---|---|---|
| **AT THE REQUEST OF** | **DATE OF BIRTH** | **AGE/SEX** | **DATE OF SERVICE** |
| JOHN TRENT PA | 05/04/1980 | 27/M | 05/25/2007 |
| PO BOX 686 | | | |
| SOLEDAD, CA 93960 | | | |

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

## LEFT ANKLE SERIES

HISTORY: Pain.

FINDINGS: The ankle mortise is symmetric. No fracture, joint subluxation, or bony erosion. Normal bone mineralization. Mild soft tissue swelling adjacent to the lateral malleolus. Small osteophyte at the tip of the medial malleolus.

IMPRESSION: Nondisplaced proximal fifth metatarsal fracture. Soft tissue swelling.

## LEFT FOOT SERIES

HISTORY: Pain.

FINDINGS: Incomplete nondisplaced transverse fracture of the base of the fifth metatarsal. No joint subluxation. Normal bone mineralization.

IMPRESSION: No acute osseous abnormality of the left foot.

Thank you for referring your patient to us,

B. Misa Hosohama, MD
BMH/pa
5/31/07

EXHIBIT D

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

## HEAL  I CARE SERVICES REQUES  FORM

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME SCHAFER | CDC NUMBER K86319 | HOUSING O-WING 113 |
| PATIENT SIGNATURE | | DATE 5/27/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NEED PRESCRIBED PAIN KILLERS FOR BROKEN FOOT.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

### PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:        P:        R:        BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP  NAME | SIGNATURE / TITLE | | DATE/TIME  COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

EXHIBIT E

*TO: APPEALS COORDINATOR*

**INMATE/PAROLEE 2ND LEVEL**
**APPEAL FORM**

Institution/Parole Region  CTF-S

Log No. JUL 17 2007  07-02081  Category 7

CDC 602 (12/87)

*REVIEWED AS A COMPLAINT*
*AUTHORIZED*

You may appeal any policy, action or decision which has a significant adverse affect upon you, with the exception of serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME SCHAFER | NUMBER K86319 | ASSIGNMENT N/A | UNIT/ROOM NUMBER O-WING 115 |

A. Describe Problem: THE FOLLOWING SUBMISSION IS IN REGARDS TO THE DEPREVATION OF CONSTITUTIONALLY PROTECTED RIGHTS AS WELL AS STATE MANDATED PROVISIONS WITH RESPECTS TO MEDICAL CARE, LEADING TO PETITIONERS ~~WARRANTED~~ JUSTIFIABLE INITIATION OF A 42 USC 1983 CIVIL RIGHTS CLAIM. FURTHER- STATE TORT ACTION WILL BE INITIATED FOR AN AWARD FOR DAMAGES. THIS WILL BE DIRECTED SPECIFICALLY TOWARD DESIGNATED MEDICAL STAFF AND, SOLEY MEDICAL STAFF, WHO'S DUTIES AND RESPONSIBILITIES ARE TO ATTEND TO THE SERIOUS MEDICAL NEEDS OF THOSE INMATES INCARCERATED WITHIN THE CONFINES OF CTF SOLEDAD. AN EXHAUSTION OF ADMINISTRATIVE REMEDIES IS NECESSARY FOR DUE PROCESS/LITIGATION REQUIREMENTS IN FILING CLAIMS FOR TORT/DAMAGES IN LOCAL AND FEDERAL COURTS (IE SEE CASTILLE V. McCALVINGRY, 168 NFS 2D) FOR THAT REASON, THIS CDC 602 FORM IS BEING SUBMITTED STATEMENT OF FACTS: 1) ON 5/18/07 (SEE ADDITIONAL ATTACHED SHEET)

If you need more space, attach one additional sheet.

B. Action Requested: *✱(NOTE AMENDMENT TO REQUESTED AMOUNT ON SECOND LEVEL REVIEW)* IN LIGHT OF 42 USC 1983 CIVIL RIGHTS ACTION AND CLEAR VIOLATION OF MY CONSTITUTIONALLY PROTECTED MEDICAL RIGHTS, THE CTF MEDICAL STAFF (DEFENDANTS) PAY PETITIONER $850,000 IN DAMAGES FOR WANTON INFLICTION OF PAIN AND SUFFERING, AS WELL AS MENTAL SUFFERING. FURTHERMORE THE PAIN RELIEVERS ~~PRESCRIBED~~ SHOULD BE FORWARDED W/OUT DELAY THANK YOU

Inmate/Parolee Signature: _____  Date Submitted: 5/27/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:  **BYPASS**

RECEIVED AUG 28 2007 INMATE APPEALS BRANCH  1858

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

RECEIVED OCT 19 2007 INMATE APPEALS BRANCH

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CTF APPEALS RECEIVED MAY 0 2007

RECEIVED 31 2007 CTF APPEALS

CDC Appeal Number:

07-02081

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 5·30·07    Due Date: 7·12·07

Interviewed by: _____

_See attached_

Staff Signature: _____    Title: SRN II    Date Completed: 7/16/07
Division Head Approved: _____    Title: SRN II    Returned
Signature: _____    Date to Inmate: JUL 17 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

SECOND LEVEL REVIEW IS REQUESTED AS THE ENTIRE APPEAL WAS NOT PROPERLY INVESTIGATED NOR ADDRESSED ALL IS COMPLETELY MISQUOTED, MISDIRECTED, INACCURATE AND INADEQUATE, AND THE INVESTIGATION WAS PERFORMED VERY UNPROFESSIONALLY BY STAFF. FOREMOST, THE "APPEAL ISSUE" ON THE RESPONSE MEMORANDUM MISQUOTES THE APPEAL AS SOLELY BEING DIRECTED AT "NORTH" MEDICAL (SEE ADDITIONAL ATTACHED WHITE CDC).

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other _____    7·31·07    Due Date: 8·28·07

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 7·31·07    Due Date: 8·28·07
☐ See Attached Letter

_See attachment E_

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

THE SECOND LEVEL REVIEW DID NOT PROPERLY INVESTIGATE THE APPEAL AS WELL. THEY STATE THAT THEY ONLY BASED THEIR DECISION ON THE FIRST LEVEL DECISION, WHICH WAS IN ITSELF NOT PROPERLY INVESTIGATED FURTHER. THE NURSE LVN PAYNE CLEARLY GIVES A FALSE STATEMENT OF THE WAS NOTHING WRONG WITH HIS FOOT WHEN HE GOT TO X-WING". A QUICK LOOK AT THE ATTACHED "CDC 7219" ATTACHED NOT ONLY SHOWS THE INJURY PRIOR TO X-WING BUT CLEARLY DEMONSTRATES DELIBERATE INDIFFERENCE AS THE INJURED C/O IS TREATED FOR HIS INJURIES AT 0945 AND I'M NOT TREATED FOR A/S/O FOR AN HOUR. AT 1045. FURTHER, I SIMPLY C/M REMOVED THE OTHER RELEVANT DOCUMENTS (ADMINISTRATIVE INJURY) I HAVE BACKED COPIES LATELY. THE CDC 7219 SHOWS THAT THE INJURY/BACK FOOT DOCUMENTED ON 5/18/07 WASN'T TREATED UNTIL 5/25/07, AND STILL, THAT TREATMENT OF A PAIR OF SHOE AND ACE BANDING, NO PAR TREATMENT. PETITIONER STILL REQUESTS DAMAGES/AWARD OF $1,000,000+
Signature: _____    Date Submitted: 8/21/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____    JAN 11 2008
☑ See Attached Letter    Date: _____

CDC 602 (12/87)

0706587

I. DANIEL SCHAFER, THE PETITIONER, WAS INVOLVED IN AN INCIDENT WITH CORRECTIONAL STAFF WHEREIN I FELL OFF OF A FLIGHT OF STAIRS AND BROKE MY LEFT FOOT, BY ▓▓▓ STAFF LANDING ON IT.

2) ▓ BOTH PETITIONER AND CORRECTIONAL STAFF NOTIFIED MEDICAL PERSONNEL ON THE NORTH FACILITY PATIO THAT MY LEFT FOOT WAS INJURED AND POSSIBLY BROKEN DUE TO EITHER A 40 MM BURST/PROJECTILE OR A FALL OFF OF STAIRS. THIS WAS IMMEDIATELY AFTER ON 5/18/07.

3) ▓ MEDICAL STAFF FAILED TO EXAMINE MY FOOT NOR PROVIDE MEDICAL CARE WHAT SO EVER.

4) ▓ AGAIN ON THE NIGHT OF 5/18/07 CORRECTIONAL STAFF NOTIFIED MEDICAL STAFF OF EXTREME SWELLING/DISCOLORATION AND MEDICAL STAFF FAILED TO PROVIDE MEDICAL ATTENTION FOR MY FOOT. I WAS ALREADY AS OF APPROX. 1200 HOURS, HOUSED IN X-WING AD-SEG.

5) ▓ ON 5/19/07 AT APPROX. 0100 HOURS PETITIONER AGAIN FLAGGED DOWN AND NOTIFIED MEDICAL STAFF OF WHAT WAS NOW OBVIOUSLY A BREAK IN MY LEFT FOOT, AS EVEN A LAYMAN CAN TELL IT WAS EXTREMELY SWOLLEN AND PURPLE. MEDICAL STAFF HANDED ME A CDC 7362 MEDICAL FORM AND TOLD ME TO MAIL IT OUT SUNDAY NIGHT WITH MAIL AS THE DOCTOR WON'T SEE ME RIGHT NOW. AGAIN BY MYSELF AND CORRECTIONAL STAFF, MEDICAL STAFF WAS FLAGGED DOWN AND NOTIFIED ON THE NIGHT OF 5/19/07, MORNING AND NIGHT DURING "ROUNDS" ON 5/20/07, AND THE CDC 7362 WAS MAILED OUT THE NIGHT OF 5/20/07 STATING MY FOOT WAS BROKEN, SWOLLEN AND PURPLE WITH A PAIN SCALE OF 10 IN PAINFULNESS (1-10).

6) THE MORNING OF 5/21/07 STAFF WAS AGAIN NOTIFIED BY MYSELF WITH NO ATTENTION GIVEN. ON THE AFTERNOON OF 5/21/07 I WAS PLACED ON CONTRABAND WATCH IN WHICH A LOG WAS KEPT OF CHRONOLOGICAL OCCURS PER CONTRABAND WATCH PROCEDURE. THESE LOGS CLEARLY REFLECT BOTH CORRECTIONAL OFFICERS AND A CORRECTIONAL SERGEANT, AS WELL AS PETITIONER NOTIFYING MEDICAL STAFF OF MY FOOT INJURY, AND APPROX. 7 HOURS LATER AN "RN" ARRIVED TO TELL ME THERE'S NOTHING HE CAN DO AND GAVE ME AN ASPIRIN.

7) ON SEVERAL MORE OCCASIONS, ONCE ON THE 22ND, TWICE ON THE 23RD, TWICE ON THE 24TH, AND ONCE IN THE MORNING OF 5/25/07. "RN'S" BEING NOTIFIED WHILE MAKING MEDICATION "ROUNDS" AND THE "JOHN DOE" NURSE STATED HE "COULD NOT

BELIEVE I STILL HAVEN'T BEEN SEEN.

8) FINALLY ON THE NOON HOURS OF 5/25/07 I WAS CALLED INTO THE
X-WING OFFICES BY MEDICAL STAFF IN RESPONSE TO THE MEDICAL FORM
I HAD SUBMITTED 5 DAYS PRIOR AND WAS X-RAYED,
THOSE X-RAYS SHOWING THAT MY FOOT IS BROKEN ACROSS THE
5TH FIBULA. I WAS GIVEN A FOOT BRACE AND PERSCRIBED MOTRIN
FOR THE PAIN.

9) TO DATE I HAVE YET TO BE GIVEN ANY FORM OF PERSCRIBED MEDICATION
FOR PAIN AND HAVE SUFFERED FROM THIS PAIN EXTENSIVELY.

10) IN BEING DEPRIVED MEDICAL ATTENTION FOR A BROKEN FOOT FOR
SEVEN DAYS, NOT BEING GIVEN A PERSCRIBED PAIN RELIEVER, AND
BEING FORCED TO ENDURE A WANTON INFLICTION OF PAIN OVER SUCH
A LONG PERIOD WHILE MEDICAL STAFF WERE MORE THAN WELL INFORMED
RISES TO THE LEVEL OF CRUEL AND UNUSUAL CIRCUMSTANCES VIOLATING MY 8TH
AMENDMENT PROTECTIONS AGAINST DELIBERATE INDIFFERENCE TO PROPER MEDICAL
ATTENTION. IT IS WELL ESTABLISHED THAT A) I HAD A SERIOUS MEDICAL CARE
NEED AND B) MEDICAL STAFF AT CTF SOLEDAD ACTED WITH DELIBERATE INDIFFERENCE
TOWARD IT. THE STANDARDS SET FORTH IN THE 14TH AMMENDMENT WERE ALSO
VIOLATED, AS WELL AS MEDICAL MALPRACTICE BEING CLEARLY STATED.

IN LIGHT OF THE ABOVE MENTIONED, PETITIONER SEEKS RELIEF IN
DAMAGES FOR A TOTAL OF $850,000, THIS SUM BEING CALCULATED
AS $100,000 FOR EACH DAY I WAS FORCED TO SUFFER A BROKEN FOOT WITHOUT
PROPER MEDICAL ATTENTION, AND $50,000 FOR EACH ADDITIONAL DAY AFTER MEDICAL
ASSESSMENT WAS MADE, THAT I HAVE YET TO RECEIVE PERSCRIBED PAIN RELIEF.

CLAIM AGAINST CTF MEDICAL STAFF FOR A VIOLATION OF CIVIL RIGHTS UNDER
42 USC 1983 AND STATE TORT CLAIMS IS SUFFERED (SEE HEWETT V JARRARD 780 F2d 1080;
RUSDOSKI V. MORELAND 655 F2d 827; TILLERY V. OWENS 719 F SUPP 1256; LIGE V. ARMSTEAD 552 F2d 1241;
ESTELLE V. GAMBLE 429 US AT 104; SEE ALSO BROWN V. HUGHES 894 F2d 1533 WHERE EVEN A 4 HOUR DELAY
IN TREATING A BROKEN FOOT WAS AN 8TH AMM. VIOLATION) THANK YOU.

State of California

# Memorandum

Date : July 9, 2007

To : **Schafer, K86319**
O-Wing, 113

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # CTF-S-07-02081**

**APPEAL ISSUE:** Inmate Schafer, K86319 alleges that North Facility medical staff failed to give him medical treatment for (7) days for his broken foot. That everyday he and custody staff informed medical staff of his condition.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:

☒ PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐ REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

**SUMMARY FOR APPEAL INQUIRY: You were interviewed on 6/15/07 by A. Britt, SRNII** and stated you were not seen by medical for seven days. You stated you put in several 7263's indicating you had a broken foot. You claim you fell when you were sprayed and should have been seen the first day.

The following witness(es) was/were questioned: **LVN Payne**. The following information was reviewed as a result of your allegations of staff misconduct: **None**

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☒ First level ☐ Second level, as an inquiry into your allegation has been conducted **OR** as an investigation is being conducted by the Office of Internal Affairs **(Insert either appropriate clause, as it applies to the determination of the issue above. Delete the text that does not apply)**. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

*print and sign below*

A. Britt, SRNII

_____  _____
                                Date

K. Sather, Chief Medical Officer    7-16-07        7-16-07
                                                  Date

# "CONFIDENTIAL"
## CORRECTIONAL TRAINING FACILITY
### ADMINISTRATIVE INQUIRY OF STAFF MISCONDUCT FORM

This form shall be utilized to document inquiries into allegations of Staff Misconduct pursuant to Departmental Operations Manual (DOM), section 54100.25.

The information gathered is confidential and shall not be provided to the complainant.

This inquiry must be completed with a response to the inmate by the CDC 602 due date.

Attach all documents reviewed and used during this inquiry.

Inmate Name: Schafer    CDC Number: K 86319    Housing: _____

Date Assigned: _____    Due Date: 7-5-07    Log Number: CTF-C6-07-02081

**Staff Named in Misconduct:**

north medical staff

**Complaint Issue (s):**

North medical staff did not provide medical treatment for seven (7) days for his broken foot.

Interviews Conducted:    Staff **X**    Inmates **X**    Other _____    (List how many)

*Attach a summary of all interviews and your conclusion to the inquiry.*

**Reports Reviewed:** CDC 7362

7/6/07

Good morning
If this is
not correct
Please, Please
contact me
@ 4168.

Angelia

**Evidence Examined:** SEE ATTACHED

STAFF ADMINISTRATIVE INQUIRY FORM
CTF-C-04-
Page 2

---

INTERVIEW OF INMATE: Schafer , CDC # K 86319

Interviewed 6/29/07 in "O" Wing. I/m stated he was not seen by medical for 7 days. Stated he put in several 7263's. I kept telling them I had a broken foot. I fell when I was sprayed. I should have been seen the first days

7/5/07

INTERVIEW OF STAFF: H Interviewed LVN Payne who stated I/m Schafer was seen 5/22/07 + was given Ice Pack for Swollen ft and motrin for pain. "He did not have anything wrong with his foot when he came to X wing. This must have happened after he got there."

CONCLUSION: CDC 7219    dated 5/19/07 Indicated hidden
area to (E) foot or (R) area of head. I/m did not mention any problem with foot or area of his head. North medical Staff documented. I/m Sprayed c pepper Spray and care given. I/m Schafer received care also on 5/25/07 for swollen foot.

I/m did receive care @ North Clinic by medical Staff or central medical facility

Recommendations: Partially Granted Findings:

___✓___ No further action

_____ Further/Formal Investigation.  (refer to ISU)

_____ Training

_____ Revision of Procedures

_____ Other

**Investigator:** _SRN II_

**Date Completed:** 7/6/07

**Reviewed By:** _____

**Date Reviewed:** _____

STAFF FOR THE MISCONDUCT. THIS IS INCORRECT AS THE NORTH MEDICAL STAFF WERE ONLY RESPONSIBLE FOR NOT TREATING THE FOOT AT THE SCENE AND DOCUMENTING THE INJURY ON THE 7219 WITHOUT MY ENTIRE STATEMENT. THE LARGEST AMOUNT OF MISCONDUCT, MALPRACTICE, DELIBERATE INDIFFERENCE AND UNPROFESSIONALISM WAS CONDUCTED BY CENTRAL STAFF FOR FAILING TO ACKNOWLEDGE NUMEROUS REQUESTS BY MYSELF AND CORRECTIONAL OFFICERS AND FAILING TO ADMINISTER PROPER TREATMENT.

B) THE "SUMMARY FOR APPEAL INQUIRY" PORTION OF THE RESPONSE MEMORANDUM COMPLETELY MISQUOTED THE CONTENTS OF OUR INTERVIEW BY RECONFIGURING PORTIONS OF OUR INTERVIEW TO MAKE A FALSIFIED "ANGLED" STATEMENT ALLEGEDLY BY MYSELF. I NEVER STATED "I FELL WHEN I WAS SPRAYED AND SHOULD HAVE BEEN SEEN THE FIRST DAY", THAT IS A FALSE QUOTE AND IS COMPLETELY OFF BASE WITH THE INTENDED DIRECTION OF MY APPEAL. THIS WAS AN ATTEMPT TO SHORTEN THE SCOPE OF MY APPEAL ISSUE TO NORTH MEDICAL STAFF MISCONDUCT, SO AS TO AVOID ADDRESSING CENTRAL STAFF MISCONDUCT. THE CONTENTS OF MY 602 CONFIRM THE SCOPE OF MY GRIEVANCE.

C) STAFF EXCEEDED THE APPEAL DUE DATE SIGNIFICANTLY AND THE REASON MUST BE ADDRESSED. THE INVESTIGATION WAS COMPLETE ON 7/6/07 (SEE ADMINISTRATIVE INQUIRY OF STAFF MISCONDUCT FORM). STILL, PETITIONER DIDN'T RECIEVE RESPONSE UNTIL 7/24/07. STAFF ATTEMPTED TO MARK THE DUE DATE OF 7/13/07 ON THE BACK OF THE 602 TO GIVE THE IMPRESSION OF ADHERING TO THE 7/12/07 DUE DATE. HOWEVER THE APPEALS COORDINATOR STAMPED THE CORRECT DATE OF 7/17/07 WHEN THEY RETURNED IT TO THEIR OFFICE. THERE WAS NO JUSTIFIABLE REASON PROVIDED FOR THESE WEEKS OF DELAY AND PETITIONER CONTENDS THAT SAID UNJUSTIFIED DELAY VIOLATED PETITIONERS LIBERTY INTERESTS WITH REGARDS TO DUE PROCESS AND INFRINGED UPON MY RIGHTS TO "ACCESS TO THE COURTS".

D) PAGE ONE (1) OF THE "ADMINISTRATIVE INQUIRY OF STAFF MISCONDUCT" FORM AGAIN FALSLY STATES THE "STAFF NAMED IN MISCONDUCT", AGAIN ATTEMPTING TO REDIRECT THE APPEAL SOLEY TO "NORTH" WHICH IS INCORRECT.

E) AGAIN ON THE "COMPLAINT ISSUE" SECTION THEY ATTEMPT TO SHORTEN THE SCOPE OF MY APPEAL ISSUE TO SOLEY "NORTH" STAFF, AS WELL AS MAKING IT SEEM AS THOUGH THE ONLY ISSUE IS NOT BEING SEEN FOR (7) DAYS. THIS IS NOT THE SOLE ISSUE AS MY APPEAL ADDRESSES THE GROSS MISCONDUCT, MALPRACTICE, DELIBERATE INDIFFERENCE AND UNPROFESSIONALISM OF ALL MEDICAL STAFF NORTH/CENTRAL/X-WING ETC. AND THE IMPOSITIONS AND SUFFERING ENDURED AS A RESULT OF THEIR HANDLING OF MY SITUATION IN ITS ENTIRETY.

F) THE "REPORTS REVIEWED" PORTION OF THE "ADMINISTRATIVE INQUIRY OF STAFF MISCONDUCT" FORM ONLY SHOWS THAT THEY REVIEWED THE CDC 7362. THIS DEMONSTRATES A VERY POOR EFFORT IN PROPERLY INVESTIGATING SAID MATTER, BUT EVEN STILL, THE 7362 IN AND OF ITSELF PROVES THAT AFTER I SUBMITTED SAID FORM(S) ADDRESSING THE SERIOUS INJURY TO MY FOOT AND A "10" ON THE PAIN SCALE, THEY STILL FAILED TO ACT FOR DAYS.

G) THE ONLY REPORTS REVIEWED WERE THE 7362 DESPITE THE KNOWN EXISTANCE OF THE ENTIRE INCIDENT REPORT WHICH REPEATEDLY ADDRESSES SAID INJURY. ADDITIONALLY IN THE "EVIDENCE

Attachment E    2/21/06
Department of Corrections and Rehabilitation

State of California

# Memorandum

Date   :   August 20, 2007

To     :   **Schafer, K86319**
           O-Wing, 113

Subject:   **STAFF COMPLAINT RESPONSE - APPEAL # CTF-S-07-02081   SECOND LEVEL**

**APPEAL ISSUE:**  Inmate Schafer, K86319 alleges that North Facility medical staff failed to give him medical treatment for (7) days for his broken foot.  That everyday he and custody staff informed medical staff of his condition.

**DETERMINATION OF ISSUE**:  A review of the allegations of staff misconduct presented in the written complaint has been completed.  Based upon this review your appeal has been handled as follows:

☒  PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐  REFERRED TO THE OFFICE OF INTERNAL AFFAIRS (Note: You will be notified of the conclusion of any internal affairs investigation)

**SUMMARY FOR APPEAL INQUIRY: You were interviewed on 6/15/07 by A. Britt, SRNII** and stated you were not seen by medical for seven days. You stated you put in several 7263's indicating you had a broken foot. You claim you fell when you were sprayed and should have been seen the first day.

Your appeal has been received at the second level of review. You are dissatisfied with the first level of review stating it was not properly investigated. An investigation was completed based on original request; information and documentation provided at the first level of review and has been properly investigated.

The following witness(es) was/were questioned: **LVN Payne.**  The following information was reviewed as a result of your allegations of staff misconduct: **None**

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is PARTIALLY GRANTED at the ☐ First level ☒ Second level, as an inquiry into your allegation has been conducted **OR** as an investigation is being conducted by the Office of Internal. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.  As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.  If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review.  Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

Please print and sign below:

_J. 8 Bather,_____    (Second Level)

J. Chudy, CMO
CTF-Soledad

_8/21/07_
Date

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:　**JAN 1 1 2008**

In re:　Daniel Schafer, K86319
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0706587　　　Local Log No.: CTF-07-02081

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner A. A. Read. All submitted documentation and supporting arguments of the parties have been considered.

**I　APPELLANT'S ARGUMENT:** It is the appellant's position that on May 18, 2007, the appellant was involved in an incident with Correctional Training Facility (CTF) correctional staff; wherein the appellant fell off a flight of stairs and broke his left foot due to staff landing on it. The appellant states that he and correctional staff informed medical personnel on the North Facility Patio that the appellant's left foot was injured and possibly broken but medical staff failed to examine the appellant's foot nor provide medical care whatsoever. It is contended that on the evening of May 18, 2007, correctional staff again notified medical staff of extreme swelling/discoloration and medical staff failed to provide medical attention for his foot, as the appellant was now housed in X-Wing Administrative Segregation Unit. On May 19, 2007, the appellant again notified medical staff of what was now obviously a broken foot, as even a layman can tell it was extremely swollen and purple. Medical staff handed the appellant a CDC Form 7362, Health Care Services Request and told him to mail it out Sunday night with the mail, as the doctor won't see the appellant right now. On May 20, 2007, the appellant mailed out the CDC Form 7362, Health Care Services Request stating his foot was broken, swollen and purple with a pain scale of 10. The appellant claims that on May 25, 2007, he was called into the X-Wing Office by medical staff in response to the medical form that he had submitted five days earlier. The appellant requests that CTF medical staff pay him $1,000,000.00 in damages for wanton infliction of pain and suffering, as well as mental suffering. It is also requested that the pain relievers prescribed should be forwarded without delay.

**II　SECOND LEVEL'S DECISION:** The reviewer found that the appellant's concerns have been properly addressed by involved and/or assigned CTF staff. The Second Level of Review (SLR) states that the appellant was interviewed on June 15, 2007, by Senior Registered Nurse II A. Britt regarding the appellant's appeal issues. The reviewer states that the appellant's appeal was granted in part at the First Level of Review (FLR), in that a thorough confidential appeal inquiry into the appellant's allegations was conducted by administrative staff. The appellant was advised that the appeal inquiry was completed; however, the appellant was not advised of the specific finding, as all staff complaint findings are confidential and would not be released to the appellant. On July 31, 2007, the appellant requested a SLR and reiterated his position that he has not been treated professionally and still wants to be compensated for his pain and suffering. The appellant did not provide any additional compelling information or facts to warrant modification of the FLR response. The appellant's appeal is granted in part at the SLR, as an inquiry into his allegations has been conducted. All staff personnel matters are confidential in nature and as such, results of any inquiry will not be shared with staff, members of the public or inmates. Although, the appellant has the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. Based upon the aforementioned information, the SLR granted in part the appeal.

**III　DIRECTOR'S LEVEL DECISION:** Appeal is denied.

　　**A. FINDINGS:** The documentation and presented arguments are persuasive that the appellant has failed to support his appeal issue with sufficient evidence or facts to warrant a modification of the SLR. The examiner reviewed California Code of Regulations, Title 15, Section (CCR) 3004, Rights and Respect of

DANIEL SCHAFER, K86319
CASE NO. 0706587
PAGE 2

Others, CCR 3271, Responsibility of Employees, and CCR 3391, Employee Conduct. Upon review of the documentation submitted, it is determined that the appellant's allegations have been reviewed and evaluated by administrative staff and an inquiry has been completed at the SLR.    The examiner contacted J. Fernandez, Office Technician, in the CTF Appeals Office on December 10, 2007, to request and obtain a copy of the finalized inquiry report. On December 10, 2007, the examiner received a faxed copy of the inquiry report containing the institution's decision and/or action taken regarding the appellant's complaint. In the event that staff misconduct was substantiated, the institution would take the appropriate course of action. All staff personnel matters are confidential in nature and not privy to the inquiries of other staff, the general public or the inmate population, and would not be released to the appellant. Although the appellant has the right to submit an appeal as a staff complaint, the request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the appeals process. The appellant has not shown any documentation or other verified evidence that would lend credence to his appeal issues and requests. The appellant has been duly informed regarding his appeal issues and responding institutional staff has addressed all pertinent areas of the appellant's complaint.  The appellant's request for monetary compensation will not be addressed since such a decision or finding is beyond the scope of the inmate appeals process.  The examiner finds that the appellant has failed to present any new documentation and/or evidence that would substantiate his claim; therefore, justification for intervention at the Director's Level of Review is not warranted.

The appellant has added new issues and requests to his appeal. The additional requested action is not addressed herein as it is not appropriate to expand the appeal beyond the initial problem and the initially requested action (CDC Form 602, Inmate/Parolee Appeal Form, Sections A and B).

**B. BASIS FOR THE DECISION:**
California Penal Code Section: 832.5, 832.7, 832.8, 5058
CCR: 3001, 3004, 3084.1, 3270, 3271, 3278, 3350, 3350.1, 3354, 3391
CDC Operations Manual Section: 13030.10, 31140.14, 54046.2.3
Administrative Bulletin (AB) 98/10: PROCESSING OF INMATE/PAROLEE APPEALS, CDC FORMS 602, WHICH ALLEGE STAFF MISCONDUCT
AB 05/03: PROCESSING OF ADULT INMATE/PAROLEE APPEALS, CDC FORM 602, WHICH ALLEGE STAFF MISCONDUCT

**C. ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Appeals Coordinator, CTF

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

## ·INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 2, 2007

SCHAFER, DANIEL, K86319
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

RE: IAB# 0706587    CTF-07-02081    STAFF COMPLAINTS

Mr. SCHAFER:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal is incomplete, please include the following supporting documentation:

- CDCR Form 1858, Rights and Responsibilities Statement

N. GRANNIS, Chief
Inmate Appeals Branch

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

CDC 1858 (2/97)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections has added departmental language (shown  inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

**IT IS AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN BE PROSECUTED ON A MISDEMEANOR CHARGE.** [An inmate/parolee who makes a complaint against a departmental peace officer, knowing it is false, may be issued a serious disciplinary rule violation, in addition to being prosecuted on a misdemeanor charge.]

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED 10/11/07 |
| DANIEL SCHAFER | | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER K86319 | DATE SIGNED 10/11/07 |
| DANIEL SCHAFER | | |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |

DISTRIBUTION:
ORIGINAL-
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC Form 602
Employee - Institution  Head/Parole Administrator
COPY - Complainant

EXHIBIT F

# SALINAS VALLEY RADIOLOGISTS, INC.

A MEDICAL GROUP
558 Abbott Street • Salinas, California 93901
Telephone (831) 775-5200

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

RADIOLOGY NUMBER
9452465

PATIENT NAME
DANIEL K86319 SCHAFER

ACCOUNT NO
9456341

DATE OF BIRTH
05/04/1980

AGE/SEX
27/M

DATE OF SERVICE
07/25/2007

AT THE REQUEST OF
CESAR SINNACO MD
PO BOX 686
SOLEDAD, CA 93960

The study was performed by an outside facility and the film submitted to Salinas Valley Radiologists for interpretation.

LEFT ANKLE SERIES, COMPLETE

HISTORY:  Patient is a 27-year-old male with left ankle pain.

Three views in a cast reveal a minimal asymmetry of the ankle mortise, but I cannot detect any underlying fracture through this cast.

Thank you for referring your patient to us,

Arthur M. Nathanson, MD
AMN/jd
7/27/07

# SALINAS VALLEY RADIOLOGISTS, INC.

A MEDICAL GROUP

559 Abbott Street • Salinas, California 93901

Telephone (831) 775-5200

JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESDIEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MISA HOSOHAMA, M.D.
Y-LAN HO, M.D.
BRUCE .IN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

**PATIENT NAME**
DANIEL-K86319 SHAFER

**ACCOUNT NO**
9456491

**RADIOLOGY NUMBER**
9456491

**AT THE REQUEST OF**
CESAR SINNACO MD
PO BOX 686
SOLEDAD, CA 93960

**DATE OF BIRTH**
05/04/1980

**AGE/SEX**
27/M

**DATE OF SERVICE**
07/26/2007

The study was performed by an outside facility and the film submitted to Salinas Valley
Radiologists for interpretation.

## LEFT FOOT SERIES, COMPLETE

HISTORY: Patient is a 27-year-old male with left foot pain.

FINDINGS: Overlying casting material obscures bony detail. Nondisplaced transverse fracture at the
proximal fifth metatarsal with possible mild callus formation. No joint subluxation.

IMPRESSION: Possible healing of the fifth metatarsal fracture.

Thank you for referring your patient to us,

B. Misa Hosohama

B. Misa Hosohama, MD
BMH/jd
7/31/07

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME Schafer

CDC NUMBER K86319

HOUSING X-112

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Swelling to (L) foot

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale:   1   2   3   4   5   6   7   8   9   10

S:

O:   T: 98.7  P: 78   R: 20   BP: 128/72   WEIGHT:

0/25/07

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |

REFERRED TO PCP:

COMPLETED BY   A. Hop LVN

DATE OF APPOINTMENT:

NAME OF INSTITUTION   CTP

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

| NAME Schaffer | CDC NUMBER K86319 | HOUSING O-113 |
| PATIENT SIGNATURE | | DATE 6-13-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

F/U

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale: 1  2  3  4  5  6  7  8  9  10

S:

O: T: 98  P: 64  R: 20  BP: 126/70  WEIGHT:  6-13-07

A:

P: ☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

**CDC 7362 (Rev. 03/04)**  Original - Unit Health Record  Yellow - Inmate (if copayment applicable)  Pink - Inmate Trust Office (if copayment applicable)  Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

O-Wing

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME SCHAFER | CDC NUMBER K86319 | HOUSING O·W·113 |
| PATIENT SIGNATURE | | DATE 8/3/07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I HAD MY CAST REMOVED ON 7/31/07 THE X-RAY SHOWED THERE WAS ONLY A SMALL CALCIUM DEPOSIT BUT IT WAS STILL BROKEN. I GAVE IT A FEW DAYS AND IT STILL HURTS INCREDIBLY BAD. AND NOW THERE IS PURPLE COLORING APPEARING FROM ANKLE TO TOE. I HAVE NOT BEEN GIVEN PAIN RELIEVER! THANK YOU

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 8/6/07 | Received by: |
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale:    1   2   3   4   5   6   7   8   9   (10)

S:

O: T: 97.0  P: 72  R: 16  BP: 124/70  WEIGHT:    8-22-07

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME **SCHAFER**          CDC NUMBER **K86319**          HOUSING **O-W-113**

PATIENT SIGNATURE          DATE **10/31/07**

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) **I HAD RECENTLY HAD MY FOOT BROKEN AND THE DOCTOR HAD SEEN ME ON A FOLLOW UP. HE SAID IF I EXPERIENCE MORE PAIN TO PUT IN A 7362. I AM FEELING SEVERE PAIN WHICH FEELS LIKE NERVE DAMAGE IN THE FOOT. IT VARIES FROM A STABBING SENSATION TO NUMBNESS TO JERKING. IT HURTS VERY BAD. THANK YOU**

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

Pain Scale:   1   2   3   4   5   6   7   8   ⑨   10

S:

O:   T:      P:      R:      BP:      WEIGHT:

NEVER SEEN

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:                    DATE OF APPOINTMENT:

COMPLETED BY                          NAME OF INSTITUTION

PRINT / STAMP NAME          SIGNATURE / TITLE          DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, DANIEL SCHAFER - K86319 _____, declare:
I am over 18 years of age and I am party to this action. I am a
resident of SUBSTANCE ABUSE TREATMENT FACILITY/STATE ~~CORRECTIONAL TRAINING FACILITY (C.T.F.)~~ prison, in the County
of ~~MONTEREY~~ KINGS, State of California. My prison address is:

DANIEL SCHAFER _____, CDCR #: K86319
~~CORRECTIONAL TRAINING FACILITY~~
~~BOX. B00 800, CEUL B:~~ SATF/SP D-YYM 237 POBOX 5242
~~SOLEDAD, CA 93960-0801.~~ CORCORAN, CA, 93212

On APRIL 3rd, 2008 _____, I served the attached:

USC § 1983 CIVIL RIGHTS LAW SUIT
_____

on the parties herein by placing true and correct copies
thereof, enclosed in a sealed envelope (verified by prison
staff), with postage thereon fully paid, in the United States
Mail in a deposit box so provided at the above-named institution
in which I am presently confined. The envelope was addressed as
follows:   CLERK OF THE UNITED STATES FEDERAL COURT
           OF THE NORTHERN DISTRICT
           450 GOLDEN GATE AVE.
           BOX 36060
           SAN FRANCISCO, CA, 94102

I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
Executed on ___4/3/08___.

                          DANIEL SCHAFER · K86318
                          Declarant

NIEL SCHAFER - K86319
TF/SP D-gym 237
BOX 5242
CORAN, CA, 93212
LEGALMAIL

$ 01.67°

CLERK OF THE UNITED STATES
FEDERAL COURT OF NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA, 94102

CSATF
STATE PRISON

RECEIVED

APR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGALMAIL