FILED
08 APR -8 PM 3:24

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DANIEL GENE SCHAFER Plaintiff,

vs.

BEN CURRY (WARDEN CTF) / K. SATHER (CMO-CTF)
J. CHUDY (CMO-CTF) - A. BRETT (SRN II -CTF)
J. ANDERSON (SRN-CTF) - C. WILLIAMS (LVN-CTF)
PAYNE (LVN-CTF) - 3 JOHN DOE    Defendant.
NURSES - 1 JOHN DOE DOCTOR
(EACH IN INDIVIDUAL AND PROFESSIONAL CAPACITIES)

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

RMW
(PR)

I, __DANIEL SCHAFER__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

<u>         NEVER BEEN EMPLOYED         </u>

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c. Rent payments?      Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

<u>         N/A         </u>

3. Are you married?      Yes _X_ No ___

Spouse's Full Name: <u>CINDY YVONNE SCHAFER</u>

Spouse's Place of Employment: <u>LOWES</u>

Spouse's Monthly Salary, Wages or Income:

Gross $ <u>UNK</u>  Net $ <u>UNK</u>

4. a. List amount you contribute to your spouse's support: $ <u>∅</u>

1      b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5             ∅
6
7    5.     Do you own or are you buying a home?          Yes ____ No __X__
8    Estimated Market Value: $ __N/A__    Amount of Mortgage: $ __N/A__
9    6.     Do you own an automobile?                Yes ____ No __X__
10   Make __N/A__    Year __N/A__    Model __N/A__
11   Is it financed? Yes ____ No ____ If so, Total due: $ __N/A__
12   Monthly Payment: $ ____
13   7.     Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14   Name(s) and address(es) of bank: __N/A__
15
16   Present balance(s): $ __∅__
17   Do you own any cash? Yes ____ No __X__ Amount: $ __N/A__
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ____ No __X__
20
21   8.     What are your monthly expenses?
22   Rent: $ __∅__               Utilities: __∅__
23   Food: $ __∅__              Clothing: __∅__
24   Charge Accounts:
25   Name of Account          Monthly Payment          Total Owed on This Acct.
26   _____       $ _____               $ _____
27   _____       $ _____               $ _____
28   _____       $ _____               $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____RESTITUTION   FIVE_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 _____         _____
17      DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __DANIEL SCHAFER__ for the last six months
[prisoner name]
__SATF/SP CORCORAN II__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __25—__.

Dated: __04-02-08__               _____
                                    [Authorized officer of the institution]
                                    C/O COUCH

```
REPORT ID: TS3030 .701                              REPORT DATE: 01/25/08
                                                    PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           SATF/SP AT CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 25, 2008

ACCOUNT NUMBER : K86319                BED/CELL NUMBER: FDEYM 0000003050
ACCOUNT NAME   : SCHAFER, DANIEL GENE  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION  COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE


10/01/2007   BEGINNING BALANCE                                              0.00

  ACTIVITY FOR 2008
01/23*0034 EFT DEPOSIT 0 3817/90711                22.50                   22.50


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/25/98                    CASE NUMBER: *97F05702
COUNTY CODE: *SAC                           FINE AMOUNT: $  8,263.00

   DATE      TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE


10/01/2007   BEGINNING BALANCE                                8,263.00

01/23/08     DR34     REST DED-EFT DEPOSIT        25.00-     8,238.00

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS     TRANSACTIONS
BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE   TO BE POSTED

   0.00       22.50        0.00        22.50      0.00         0.00


                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE

                                                         22.50
```