E-filing

FILED
08 APR 25 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL G. SCHAFER

Plaintiff,

vs.

BEN CURRY (WARDEN CTF)/K. SATHER (CMO-CTF)/
A. BRITT (SRN II CTF)/J. ANDERSON (SRN II-CTF)/
J. CHUDY (CMO-CTF)/ PAYNE (LVN-CTF)/1 DOE DOCTOR/
3 JOHN DOE NURSES/C. WILLIAMS (LVN CTF)

Defendant.

CV 08 1881 RMW

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, DANIEL SCHAFER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___ Net: ___N/A___

Employer: ___N/A___

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____NEVER BEEN EMPLOYED_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ____ No _X_
10             self employment
11      b.    Income from stocks, bonds,                 Yes ____ No _X_
12            or royalties?
13      c.    Rent payments?                             Yes ____ No _X_
14      d.    Pensions, annuities, or                    Yes ____ No _X_
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ____ No _X_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                               Yes _X_ No ____
24  Spouse's Full Name:  __CINDY SCHAFER_____
25  Spouse's Place of Employment: __UNK_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____UNK_____  Net $__UNK_____
28  4.    a.    List amount you contribute to your spouse's support:$ ___0___

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1
2
3
4
   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

5   _____N/A_____
6   _____

7   5.   Do you own or are you buying a home?   Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ___ No ___
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____N/A_____
15  _____
16  Present balance(s): $_____N/A_____
17  Do you own any cash? Yes ___ No _X_ Amount: $_____N/A_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No _X_
20  _____

21  8.   What are your monthly expenses?
22  Rent: $_____   Utilities: _____
23  Food: $_____   Clothing: _____
24  Charge Accounts:

25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  _____                 $_____                $_____
27  _____                 $_____                $_____
28  _____                 $_____                $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

RESTITUTION TO STATE OF CALIFORNIA IN AMOUNT OF $8,296.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/16/08

DATE                              SIGNATURE OF APPLICANT

1
2                                            Case Number: CV-08 1881
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                     **IN**
10                         **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ____SCHAFER____ for the last six months
                                        [prisoner name]
14   __SATF/SP CORCORAN II__ where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __45.25__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ __"45"__.
18
19   Dated: __4/22/08__                       SEE ATTACHED
                                           _____
20                                           [Authorized officer of the institution]
21
22
23                    — SEE ATTACHED —
24
25
26
27
28

```
REPORT ID: TS3030  .701                        REPORT DATE: 04/18/08
                                               PAGE NO:          1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SATF/SP AT CORCORAN
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: OCT. 01, 2007 THRU APR. 18, 2008

ACCOUNT NUMBER : K06319           BED/CELL NUMBER: FD6YH 000000237M
ACCOUNT NAME   : SCHAFER, DANIEL GENE   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE


10/01/2007   BEGINNING BALANCE                                              0.00

  ACTIVITY FOR 2008
01/23*DD34 EFT DEPOSIT D 3817/90711               22.50                    22.50
02/07 D320 TRUST FUNDS T 3997/CTF                195.21                   217.71
02/08 D201 FAMILY VISIT  4053/FV                 100.00                   317.71
02/08 FC04 DRAW-FAC 4    4061/FAC-D                          180.00       137.71
02/08 FC04                                                     0.41       137.30
02/13 W502 POSTAGE CHARG 4132/POSTG                            7.55       129.75
02/13 W502 POSTAGE CHARG 4132/POSTG                           21.50       108.25
02/13 W530 DAMAGES - ID  4132/CLOTH                            1.20       107.05
02/14 W515 COPY CHARGE   4132/COPY                            21.50-      128.55
03/21 W922 REVERSE DAMAG 4768/4132                             1.05       127.50
04/04 W512 LEGAL POSTAGE 4934/LPOST                            1.67       125.83
04/07 W512 LEGAL POSTAGE 4991/LPOST                            1.47       124.36
04/07 W512 LEGAL POSTAGE 4991/LPOST                            2.86       121.50
04/08 FC04 DRAW-FAC 4    5003/FAC-D                            7.51       113.99
04/14 W513 MISC. CHARGES 5100/FV                              75.99        38.00
04/14 W350 SPECIAL PURCH 5100/FV    300048200                              38.00
04/16*DD34 EFT DEPOSIT D 5149/JPAY                45.00                    83.00

                         CURRENT HOLDS IN EFFECT

  DATE    HOLD
  PLACED  CODE    DESCRIPTION              COMMENT     HOLD AMOUNT

 03/21/2008 H103  DAMAGES-REFUSED TO SIGN HOLD  4768/SIGN      21.50
 04/14/2008 H201  FAMILY VISIT DEPOSIT HOLD     5100/FV        16.50


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/25/98              CASE NUMBER: *97F05702
COUNTY CODE:   *SAC                   FINE AMOUNT: $  8,263.00


DATE      TRANS.  DESCRIPTION              TRANS. AMT.    BALANCE


10/01/2007  BEGINNING BALANCE                              8,263.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.                APR 21 2008
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE

```
REPORT ID: TS3030 .701                          REPORT DATE: 04/18/08
                                                 PAGE NO:        2
                        SATF/SP AT CORCORAN
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: OCT. 01, 2007 THRU APR. 18, 2008

ACCT: K86319    ACCT NAME: SCHAFER, DANIEL GENE      ACCT TYPE: I


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/25/98              CASE NUMBER: *97F05702
COUNTY CODE: *SAC                     FINE AMOUNT: $   8,263.00
```

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| | | | | |
| 01/23/08 | DR34 | REST DED-EFT DEPOSIT | 25.00- | 8,238.00 |
| 04/16/08 | DR34 | REST DED-EFT DEPOSIT | 50.00- | 8,188.00 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

                    TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 362.71 | 279.71 | 83.00 | 38.00 | 0.00 |

```
                                        CURRENT
                                        AVAILABLE
                                        BALANCE
                                        ---------
                                          45.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                    APR 21 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
         TRUST OFFICE

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 4/16/08 | TRUST OFFICE | SCHAFER | K86319 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | ASSIGNMENT HOURS |
|---|---|---|---|---|
| D-GYM | 237M | N/A | | FROM / TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
EO

**Clearly state your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence.**

I AM IN THE NORTHERN DIST. COURT IN CASE # CV 08-1881 AND NEED A TRUST ACCOUNT STATEMENT FOR THE LAST 6 MONTHS TO FILE IN FORMA PAUPERIS, AND HAVE A DEAD LINE. THANK YOU.

2008 APR 17 RECEIVED ACCOUNTING

INTERVIEWED BY _____ DATE _____

DISPOSITION

DANIEL SCHAFER-K86319
SATF/SP D-GYM 237
PO BOX 5242
CORCORAN, CA, 93212

LEGAL MAIL

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

