```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021526
Cashier ID: almaceh
Transaction Date: 07/22/2008
Payer Name: DANIEL G SCHAEFER

PLRA CIVIL FILING FEE
 For: DANIEL G SCHAEFER
 Case/Party: D-CAN-5-08-CV-001881-001
 Amount:         $9.00

MONEY ORDER
 Check/Money Order Num: 12648490345
 Amt Tendered:  $9.00

Total Due:       $9.00
Total Tendered: $9.00
Change Amt:     $0.00

RMW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

IN RE: DANIEL GENE SCHAFER - K86319  SUBJECT: PAYMENT OF FILING FEE
SATF/C.T.F. CORCORAN  FOR ORDER ON DOCKET NO. 2
PO BOX 5242
CORCORAN, CA, 93212

CASE #: C 08-1881 RMW (PR)
TITLE: DANIEL GENE SCHAFER (PLAINTIFF)
V.
BEN CURRY, et al., DEFENDANTS

TO: CLERK / COURTS FINANCIAL OFFICE.

Before you is the plaintiff, Daniel Gene Schafer, in the case titled "Daniel Gene Schafer v. Ben Curry et al., Defendants" case no. C 08-1881 RMW (PR). Today, 7/10/08 I recieved an order from U.S. District Judge Honorable Ronald M. Whyte, mandating the payment of a $9.00 initial partial filing fee. This is to be payed within 30 days of the date the order was filed, 7/1/08.

Enclosed along with this letter, is a United States money order for $9.00, made payable to the U.S District Court, for the purpose of fulfilling the initial partial filing fee. Thank you for your time.

RESPECTFULLY,

_____
DANIEL GENE SCHAFER,
PLAINTIFF IN C-08-1881 RMW (PR)

DATE: 7/10/08

[Postal Money Order, Serial 12648490345, 2008-07-16, Post Office 907060, Amount $9.00, Pay to US Clerk US District Court, Address 450 Golden Gate Ave Box 36060 San Francisco, CA 94102, From Daniel Gene Schafer K44414 SATF-PSPM 237L PO Box 5242 Corcoran, CA 93212]

PAYMENT OF FILING FEE
PER ORDER DOCKET NO. 2

*RMW* [signature]
CLERK 0036

BEFORE YOU IS THE PLAINTIFF, DANIEL GENE SCHAFER, IN THE CASE TITLED "DANIEL GENE SCHAFER V. BEN CURRY et al., DEFENDANTS" CASE NO. C 08-1881 RMW (PR). TODAY, 7/10/08 I RECIEVED AN ORDER FROM U.S. DISTRICT JUDGE HONORABLE RONALD M. WHYTE, MANDATING THE PAYMENT OF A $9.00 INITIAL PARTIAL FILING FEE. THIS IS TO BE PAYED WITHIN 30 DAYS OF THE DATE THE ORDER WAS FILED, 7/1/08.

ENCLOSED ALONG WITH THIS LETTER, IS A UNITED STATES MONEY ORDER FOR $9.00, MADE PAYABLE TO THE U.S DISTRICT COURT, FOR THE PURPOSE OF FULFILLING THE INITIAL PARTIAL FILING FEE. THANK YOU FOR YOUR TIME.

RESPECTFULLY,

[signature]

DANIEL GENE SCHAFER,
PLAINTIFF IN C-08-1881 RMW (PR)

DATE: 7/10/08

07/21/2008 04:51 PM EST

Version 7.0.1  Page 1  of  1

**U.S. Courts**
**Case Inquiry Report**

Case Number  DCAN508CV001881     Case Title  SCHAFFER V CURRY ET AL

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | DANIEL GENE SCHAFER | PLRA FILING FEE | 190.00 | 0.00 | 190.00 |
| 001 | DANIEL GENE SCHAFER | PLRA FILING FEE | 60.00 | 0.00 | 60.00 |
| 001 | DANIEL GENE SCHAFER | PLRA FILING FEE 086400 | 100.00 | 0.00 | 100.00 |
|  |  |  | 350.00 | 0.00 | 350.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Debt Type Line# | Accomplished Date | Line Type | Amount | Payee Line# | Party/Payee Name | Depository Line# | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | | | Debt Type | | | | | | | | |

Daniel Gene Schafer K-84319
SATF/SP D-GYM 237 M
P.O. Box 5242
Corcoran, CA. 93212

Prisoner Accounts / Financial Office
450 Golden Gate Ave
Box 36060
San Francisco, CA. 94102