IN RE: DANIEL GENE SCHAFER (IN PRO SE)
SATF/SP D-GYM 237M
PO BOX 5242
CORCORAN, CA, 93212

= ORIGINAL =

FILED
JUL 25 PM 1:20
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL GENE SCHAFER )
( PETITIONER / PLAINTIFF ) )
VS. )    CASE NO. C-08-1881 RMW (PR)
)
BEN CURRY et al. DEFENDANTS )    PLAINTIFFS MOTION FOR
( DEFENDANTS ) )    APPOINTMENT OF COUNSEL

BEFORE THIS HONORABLE COURT IS THE PLAINTIFF, DANIEL GENE SCHAFER IN THE ABOVE TITLED CASE, "DANIEL GENE SCHAFER V. BEN CURRY et al. DEFENDANTS". PLAINTIFF SCHAFER IS CURRENTLY PROCEEDING PRO SE IN THIS CASE, AND HAS BEEN GRANTED TO PROCEED IN FORMA PAUPERIS BY THE HONORABLE RONALD M. WHYTE, U.S. DISTRICT JUDGE ON 7/1/08 (DOCKET NO. 2). PETITIONER/ PLAINTIFF HAS BEEN ORDERED TO PAY AN INITIAL PARTIAL FILING FEE OF $9.00 WHICH AT THE TIME OF THIS MOTIONS FILING, SHOULD HAVE ALREADY BEEN PAID IN FULL TO THE COURTS FINANCIAL OFFICE. PLAINTIFF SCHAFER IS READY TO BEGIN PROSECUTING THIS CASE, BUT FEELS THAT HE IS IN DESPERATE NEED OF COUNSEL IN ORDER TO PROPERLY AND EFFECTIVELY PROSECUTE THIS CASE IN ACCORDANCE WITH THE STANDARDS SET FORTH BY THE FEDERAL COURT. THEREFORE, PLAINTIFF SCHAFER, WHILE WILLING TO PROSECUTE THIS CASE IN PRO SE, SHOULD THIS HONORABLE COURT ORDER SUCH, PRAYS THAT THE COURT CONSIDER THE FOLLOWING POINTS IN SUPPORT OF PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL:

1) FACTUAL COMPLEXITY: PLAINTIFF POINTS OUT NUMEROUS OCCURANCES AND DEFENDANTS THROUGHOUT AND WITHIN AN EXTENDED PERIOD OF TIME, AND WHILE ALL CLAIMS LISTED IN PLAINTIFFS SUIT OCCURRED WITHIN ONE STATE PRISON, THERE ARE NUMEROUS FACILITIES AND DEPARTMENTS OF

1. THAT RESPECTIVE PRISON INVOLVED. THE ISSUE AT HAND BEGINS IN
2. WHITNEY HALL OF "CTF" NORTH FACILITY WITH CORRECTIONAL OFFICERS,
3. THEN TO "CTF" NORTH FACILITY PATIO WITH MEDICAL STAFF, THEN TO "CTF"
4. CENTRAL FACILITY WITH OFFICERS AND MEDICAL STAFF SEPERATELY. ADDITIONALLY,
5. PLAINTIFF WILL PROBABLY NEED TO PRESENT A MEDICAL EXPERT WITNESS, OR
6. CROSS-EXAMINE MEDICAL WITNESSESS CALLED BY THE DEFENDANTS, OR BOTH.
7. THE PRESENSE OF MEDICAL OR OTHER ISSUES REQUIRING EXPERT TESTIMONY
8. SUPPORTS THE APPOINTMENT OF COUNSEL. (MOORE v. MABUS, 976 F.2d, 268, 272).
9. PLAINTIFF FEELS THAT THE AFOREMENTIONED, COUPLED WITH THE SHEER
10. NUMBER OF ASPECTS AND DEFENDANTS, SUPPORTS THIS BEING A FACTUALLY COMPLEX
11. CASE.
12. 2) THE PLAINTIFF'S ABILITY TO INVESTIGATE: PLAINTIFF SCHAFER IS CURRENTLY
13. INCARCERATED AT THE "SATF/SP CORCORAN II" STATE PRISON ON D-FACILITY.
14. WHILE THERE IS A LAW LIBRARY HERE ON THIS YARD, WE EXPERIENCE
15. NUMEROUS FRIVILOUS AND EXTENDED LOCK DOWNS. THE LAW LIBRARY
16. PROCEDURES HERE WILL ONLY ALLOW AN INMATE TO BE CALLED IN AS A
17. "PRIORITY LEGAL USER" OR "PLU" INMATE, IF SAID INMATE HAS A (30)
18. DAY LEGAL DEADLINE. THIS MEANS THAT IF PLAINTIFF IS ON LOCK-DOWN
19. STATUS, WHICH HE CURRENTLY IS, HE HAS ABSOLUTELY NO ACCESS TO LEGAL
20. BOOKS, FEDERAL RULES OF CIVIL PROCEDURE, RULES OF THE COURT, OR ANY
21. OTHER CRUCIAL SOURCE OF NECESSARY LAW NEEDED TO PROSECUTE THIS
22. CASE WITH THE PROPER STANDARD. FURTHER, PLAINTIFF MUST CONDUCT EXTENSIVE
23. DISCOVERY. ASIDE FROM NOT EVEN HAVING THE RULES OF DISCOVERY NEEDED
24. TO CONDUCT IT, PLAINTIFF WILL NEED TO OBTAIN OFFICIAL STATEMENTS
25. FROM "CTF" CORRECTIONAL OFFICERS, MEDICAL STAFF, COPIES OF MEDICAL
26. POLICY AND PROTOCOL, WILL BRING TO LIGHT THAT SOME OF THE "JOHN OR
27. JANE DOES" MENTIONED IN THE COMPLAINT WERE ACTUALLY PSHYCH-TECHS
28. WHO HAD BEEN UNLAWFULLY UTILIZED AS MEDICAL STAFF OUTSIDE THE SCOPE

1  OF THEIR DUTIES, WILL REQUIRE MEDICAL RECORDS, INTERROGATORIES
2  ETC. - THE NEED FOR EXTENSIVE DISCOVERY HAS BEEN KNOWN TO SUPPORT
3  THE NEED TO APPOINT COUNSEL. (SEE TUCKER V. DICKEY, 613 F.SUPP 1124,
4  1133-34).

5  3) THE ABILITY OF THE INDIGENT TO PRESENT HIS CLAIM: THE PLAINTIFF
6  IS AN INDIGENT PRISONER WITH NO OFFICIAL LEGAL TRAINING AND
7  AGAIN HAS VERY LIMITED, IF ANY, ACCESS TO LEGAL MATERIALS. THE PLAINTIFF
8  FEELS THAT THESE COMBINED FACTORS SUPPORT THE APPOINTMENT OF COUNSEL.
9  (SEE WHISENANT V. YUAM, 739 F.2d 160, 163).

10 4) MERIT OF THE CASE: PLAINTIFF HAS ALREADY HAD A PRELIMINARY SCREENING
11 OF HIS CASE PURSUANT TO 28 USC § 1915A (a). THE HONORABLE JUDGE
12 RONALD M. WHYTE FOUND THAT, PURSUANT TO BALISTRERI V. PACIFICA
13 POLICE DEPARTMENT, 901 F.2d 696, 699 WHICH MANDATES THAT PRO SE
14 PLEADINGS MUST BE LIBERALLY CONSTRUED, THAT UNDER THIS STANDARD,
15 PLAINTIFF RAISED A COGNIZABLE CLAIM THAT DEFENDANTS DEMONSTRATED
16 DELIBERATE INDIFFERENCE VIOLATING HIS 8TH AMENDMENT RIGHTS, AND
17 A COGNIZABLE CLAIM UNDER STATE LAW FOR NEGLIGENCE. (SEE DOCUMENT
18 6, THIS CLAIM.)

## CONCLUSION

20 FOR THE FOREGOING REASONS, PLAINTIFF SCHAFER PRAYS THAT THIS
21 HONORABLE COURT WILL GRANT THIS MOTION, AND APPOINT COUNSEL IN
22 THIS CASE.

24 7/19/08
   DATE

   PLAINTIFF

   DANIEL GENE SCHAFER
   CDCR # K86319
   SATF/SP D-GYM 237
   PO BOX 5242
   CORCORAN CA. 93212

PROOF OF SERVICE BY MAIL

I HEREBY DECLARE THAT:

I AM CURRENTLY INCARCERATED IN SATF-CORCORAN II STATE PRISON, IN THE COUNTY OF KINGS, CA. I AM OVER THE AGE OF 18 YEARS. MY CURRENT RESIDENCE ADDRESS IS SATF/SP D-GYM 237, PO BOX 5242, CORCORAN, CA, 93212.

ON 7/ /08, I MAILED THE ATTACHED "MOTION FOR APPOINTMENT OF COUNSEL" TO THE FEDERAL NORTHERN DISTRICT U.S COURT AND ALL OF THE DEFENDANTS IN CASE NO. 5:08-CV-01881-RMW, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON, IN THE UNITED STATES MAIL AT CSATF/SP. THEY WERE MAILED TO THE FOLLOWING ADDRESSES:

OFFICE OF THE CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA, 94102

OFFICE OF THE ATTORNEY GENERAL
1300 I ST. #1100
SACRAMENTO, CA, 95814

WARDEN BEN CURRY, CMO K. SATHER, CMO J. CHUDY, SRN A. BRITT, SRN J. ANDERSON, NURSE PAYNE, NURSE C. WILLIAMS
CORRECTIONAL TRAINING FACILITY/STATE PRISON
P.O BOX 705
SOLEDAD, CA, 93960-0705

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS EXECUTED ON 7/ /08 AT CORCORAN II, CALIFORNIA.

PETITIONER/PLAINTIFF
DANIEL GENE SCHAFER
CDCR # K86319

STATE PRISON
GENERATED MAIL

STATE/STATE PRISON AT CORCORAN
P.O. ▮▮▮▮ 5242
CORCORAN, CA 93212

NAME Daniel Gene Schafer
NUMBER K86319
HOUSING D-Gym 231

OFFICE OF THE CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA, 94102

UNITED STATES POSTAGE
02 1M
0004249669
$00.42°
MAILED FROM ZIP CODE 93212
JUL 23 2008
PITNEY BOWES

*[Handwritten signature and date, rotated: "C/o Davidson 7.22.08"]*

Case 5:08-cv-01881-RMW    Document 9    Filed 07/25/2008    Page 6 of 6