1
2
3
4
5                                                    ***E-FILED - 8/18/08***
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DANIEL GENE SCHAFER,              )    No. C 08-1881 RMW (PR)
                                       )
12               Plaintiff,            )    ORDER DENYING APPOINTMENT OF
                                       )    COUNSEL
13       vs.                           )
                                       )
14   BEN CURRY, et al.,                )    (Docket No. 9)
                                       )
15               Defendants.           )
     ──────────────────────────────────)
16
17        Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983
18   against prison officials.  Plaintiff's motion for appointment of counsel (Docket No. 9) is
19   DENIED for want of exceptional circumstances.  See Rand v. Rowland, 113 F.3d 1520, 1525
20   (9th Cir. 1997); see also  Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no
21   constitutional right to counsel in a civil case).  The issues in this case are not particularly
22   complex and plaintiff has thus far been able to adequately present his claims.  This denial is
23   without prejudice to the court's sua sponte appointment of counsel at a future date should the
24   circumstances of this case warrant such appointment.
25        IT IS SO ORDERED.

     DATED: _____8/15/08_____          *Ronald M. Whyte*_____
26                                          RONALD M. WHYTE
27                                          United States District Judge
28

Order Denying Appointment of Counsel
G:\PRO-SE\SJ.Rmw\CR.08\Schaffer881atty.wpd        1