*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GENE SCHAFER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEN CURRY, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 08-1881 RMW (PR)<br><br>[xxxxxxxxxxxx] ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

Defendants filed a request for extension of time of sixty-one (61) days, up to and including December 1, 2008, in which to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a dispositive motion is extended for sixty-one (61) days, up to and including December 1, 2008. Any opposition will be due thirty (30) days from the date the dispositive motion is served. The reply will be due fifteen (15) days from the date the opposition is served.

Dated: 10/15/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
U.S. District Court Judge

---

xxxxxxxxx Order Granting Defs.' Ex Parte Mot. Ext. of Time　　　　　*Schafer v. Curry, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-1881 RMW (PR)

1