***E-FILED - 11/12/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GENE SCHAFER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEN CURRY, et al.,<br><br>　　　　Defendants. | No. C 08-1881 RMW (PR)<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT<br><br>(Docket No. 22) |

　　　In light of defendants' appearance herein, plaintiff's motion for entry of default judgment (Docket No. 22) is DENIED.

　　　IT IS SO ORDERED.

DATED:　11/7/08　　　　　　　　　　　_____ for
　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SJ.Rmw\CR.08\Schaffer881dnydefault.wpd   1