*E-FILED - 9/22/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DANIEL GENE SCHAFER,**<br><br>Plaintiff,<br><br>v.<br><br>**BEN CURRY, et al.,**<br><br>Defendants. | C 08-1881 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' MOTION REQUESTING CONTINUANCE OF THE SETTLEMENT CONFERENCE TO BE HELD BEFORE SEPTEMBER 1, 2009** |

Defendants filed a request for extension of time of one hundred five (105) days, up to and including December 15, 2009, in which to participate in a settlement conference.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to participate in a settlement conference is extended for one hundred five (105) days, up to and including December 15, 2009.

Dated: 9/21/09

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

1