IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DANIEL GENE SCHAFER,** | C 08-1881 RMW (PR) |
| Plaintiff, | |
| v. | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND [P<s>roposed</s>] ORDER** |
| **BEN CURRY, et al.,** | |
| Defendants. | |

Plaintiff Daniel Gene Schafer (K-86319), a necessary and material witness in proceedings in this matter, is confined in Pleasant Valley State Prison, Coalinga, California 93210, in the custody of the warden. In order to secure this inmate's attendance at a mandatory settlement conference it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Solano at 2100 Peabody Road, Vacaville, California 95696 on February 1, 2010 at 1:00 p.m.

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the warden to produce the inmate named above to appear at California State Prison, Solano at the time and place above for mandatory settlement conference; and thereafter to return

the inmate to Pleasant Valley State Prison; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide a new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Pleasant Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear at California State Prison, Solano for a mandatory settlement conference at the time and place above; and thereafter to return the inmate to Pleasant Valley State Prison.

**FURTHER**, you have been ordered to notify the Court of any changes in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

Dated: January 20, 2010

_____
HON. NANDOR J. VADAS
JUDGE

IT IS SO ORDERED
Judge Nandor J. Vadas