1 | Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
2 | Rachel Chatman (SBN 206775)
rachel.chatman@klgates.com
3 | K&L GATES LLP
4 Embarcadero Center, Suite 1200
4 | San Francisco, California  94111
Telephone:  (415) 882-8200
5 | Facsimile:   (415) 882-8220
Attorneys for PLAINTIFF
6 | DANIEL GENE SCHAFER

7

8 | EDMUND G. BROWN JR.
Attorney General of the State of California
MICHAEL W. JORGENSON
9 | Supervising Deputy Attorney General
EMILY L. BRINKMAN, State Bar No. 219400
10 | Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
11 | San Francisco, CA  94102-7004
Telephone:  (415) 703-5742
12 | Fax:  (415) 703-5843
Email:  Emily.Brinkman@doj.ca.gov
13 | Attorneys for DEFENDANTS WILLIAMS AND PAYNE

*E-FILED - 8/27/10*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| DANIEL GENE SCHAFER, | Case No.  C08-cv-01881 RMW |
|---|---|
| PLAINTIFF, | **JOINT STIPULATION TO EXTEND DATES OF HEARING AND FURTHER CASE MANAGEMENT CONFERENCE; [] ORDER** |
| v. | |
| BEN CURRY, et al., | |
| DEFENDANTS. | |

Plaintiff seeks a brief extension for the hearing on his motion for leave to amend to allow more time to prepare the moving papers.  Defendants agreed to such an extension and requested the Case Management Conference currently scheduled for the same day be moved to the new hearing date. Accordingly, Plaintiff Daniel Gene Schafer and Defendants Williams and Payne, by and through their respective attorneys of record, hereby stipulate as follows:

1. That the motion hearing now scheduled for October 1, 2010 at 9:00 a.m. be changed

1  to October 22, 2010 at 9 a.m.; and

2       2.      That the Further Case Management Conference now scheduled for October 1, 2010 at

3  10:30 a.m. be changed to October 22, 2010 at 10:30 a.m.

                                            K&L GATES LLP

Dated:  August_19, 2010            By:      /s/
                                            Jeffrey L. Bornstein
                                            Rachel Chatman
                                            Attorneys for PLAINTIFF
                                            DANIEL GENE SCHAFER

                                            CALIFORNIA ATTORNEY GENERAL

Dated:  August 19, 2010            By:      /s/
                                            Emily L. Brinkman
                                            Attorneys for DEFENDANTS WILLIAMS
                                            AND PAYNE

**IT IS SO ORDERED.**

Dated:  8/27, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte

**Case No. 08-cv-01881 RMW**                2
**JOINT STIPULATION TO EXTEND MOTION AND FURTHER CMC DATES;
[] ORDER**