UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANIEL GENE SCHAFER,<br><br>                           Plaintiff,<br><br>  v.<br><br>BEN CURRY, et al.,<br><br>                          Defendants. | Case No.  C08-cv-01881 RMW<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER**<br><br>**Date:**    **December 14, 2010**<br>**Time:**   **11:00 a.m.**<br>**Place:**   **Calif. State Prison, Solano** |

Plaintiff Daniel Gene Schafer (K-86319), a necessary and material witness in proceedings in this matter, is confined in California State Prison, 4001 King Avenue, Corcoran, California 93212, in the custody of the warden.  In order to secure this inmate's attendance at a settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on December 14, 2010, at 11:00 a.m.

**ORDER**

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court, commanding the warden to produce the inmate named above to appear at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on December 14, 2010, at 11:00 a.m. for a settlement conference; and thereafter to return the inmate to California State Prison, Corcoran; and

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide a new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden of California State Prison, Corcoran:**

**WE COMMAND** you to produce the inmate named above to appear at California State Prison, Solano, for a settlement conference at the California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696 on December 14, 2010, at 11:00 a.m.; and thereafter to return the inmate to California State Prison, 4001 King Avenue, Corcoran, California 93212.

**FURTHER,** you have been ordered to notify the Court of any changes in custody of the inmate and have been ordered to provide the new custodian with a copy of this Writ.

Dated:  November 5, 2010



HON_____ VADAS
U.S. M_____

CASE NO.:  08-cv-01881 RMW                              2
**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND [Proposed] ORDER**