**E-FILED on** __12/2/2010__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GENE SCHAFER,<br><br>  Plaintiff,<br><br>  v.<br><br>BEN CURRY, et al.,<br><br>  Defendants. | No. C-08-01881 RMW<br><br>STIPULATION AND ORDER TO AN ACCELERATED SCHEDULE ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER<br><br>**[Re Docket No. 88]** |

   Defendants are moving under Federal Rule of Civil Procedure 26 for a protective order preventing Schafer from taking the deposition of defendant Payne until new counsel is retained by the California Department of Corrections and Rehabilitation to represent defendant Payne. The parties agree that an accelerated schedule is necessary to resolve the matter with enough time, if the Court were to deny defendant's motion, for both parties to adequately prepare for the deposition to continue as scheduled for December 15, 2010 at 10:00 a.m. The parties have agreed that plaintiff's opposition will be due December 8, 2010.

The stipulation is accepted, except that the court will submit the matter on the filing of plaintiff's opposition. No hearing will be necessary, unless the court determines otherwise.

DATED:     12/2/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER TO AN ACCELERATED SCHEDULE ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
   —No. C-08-01881 RMW
JLR                                            2