**E-FILED on** _____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GENE SCHAFER, | No. C-08-01881 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER |
| BEN CURRY, et al., | |
| Defendants. | **[Re Docket No. 89]** |

On November 24, 2010, defendants moved under Federal Rule of Civil Procedure 26 for a protective order preventing Schafer from deposing defendant Payne until she has new counsel representing her.

The court, having found good cause, grants defendants' motion. However, the deposition will not be indefinitely delayed. Plaintiff shall be entitled to depose defendant Payne on or after January 15, 2011. This will provide adequate time for Payne to obtain new counsel.

DATED:   12/10/2010

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER   —No. C-08-01881 RMW
JLR