Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Rachel Chatman (SBN 206775)
rachel.chatman@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220
Attorneys for PLAINTIFF
DANIEL GENE SCHAFER

*E-FILED - 1/12/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GENE SCHAFER, <br><br> Plaintiff, <br><br> v. <br><br> BEN CURRY, et al., <br><br> Defendants. | C 08-1881 RMW (PR) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii); and STIPULATION TO ADD ADDITIONAL DEFENDANT;** [xxxxxxxxx] **ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Daniel Gene Schafer, after appearing before Magistrate-Judge Nandor J. Vadas, and with the consent of the California Department of Corrections and Rehabilitation, requests the Court's Order dismissing the pending complaint against Defendants Crystal Williams and Myesha Payne

\\\
\\\
\\\
\\\
\\\

be conditioned upon the addition of the California Department of Corrections and Rehabilitation as the sole named defendant in their place. It is requested that said dismissal be with prejudice.

Dated: 12/20/2010

Rachel Chatman
Attorneys for Plaintiff Daniel Gene Schafer

Dated: 12/20/2010

Emily L. Brinkman
Attorneys for Defendants Williams and Payne

**IT IS SO ORDERED:**

Dated: 1/12/11

HONORABLE RONALD M. WHYTE
United States District Court Judge